NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| LINDA ZEIDEL a/k/a Linda Kendziorra, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-2769 |
| | ) | |
| HEIDI COHEN, as personal representative of the Estate of Erika Kendziorra, and ELKE VIETZ a beneficiary of the Estate of Erika Kendziorra, | ) ) ) ) ) ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

Opinion filed July 12, 2019.

Appeal from the Circuit Court for Lee County; Geoffrey H. Gentile, Judge.

Christopher E. Hewitt and Scott A. Kuhn of Kuhn Law Firm, P.A., Fort Myers, (withdrew after briefing); Matthew A. Linde and Douglas T. Gould of Linde Law Group, Fort Myers, for Appellant.

Christopher D. Donovan and Sara F. Hall of Roetzel & Andress, LPA, for Appellee Heidi Cohen.

No appearance for Appellee Elke Vietz.


PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.